**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2245**
_____

In re:  MUHAMMED MAHDEE ABDULLAH,


            Petitioner.

_____

On Petition for Writ of Mandamus.
(5:04-cr-00371-F-1)
_____

Submitted:  December 17, 2015      Decided:  December 21, 2015
_____

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.
_____

Petition denied by unpublished per curiam opinion.
_____

Muhammed Mahdee Abdullah, Petitioner Pro Se.
_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhammed Mahdee Abdullah petitions for a writ of mandamus seeking an order recalling the mandate in his direct criminal appeal. We conclude that Abdullah is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by Abdullah is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED